UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBORAH LAGUTARIS,

    Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 16-cv-00301-SI

**ORDER TO FILE MOTION FOR SUMMARY JUDGMENT**

Plaintiff Deborah Lagutaris, who has filed this Social Security appeal pro se, has missed the deadline to file her motion for summary judgment or for remand. *See* Docket No. 13 (setting deadline of August 5, 2016, for plaintiff to file her motion). The Court attempted to contact Ms. Lagutaris regarding the missed deadline but has not heard back.[1] The Court will allow Ms. Lagutaris a short extension of time to file her motion.

**The new deadline for Ms. Lagutaris to file her motion for summary judgment or for remand is September 6, 2016. If Ms. Lagutaris does not meet this deadline, her case may be dismissed for failure to prosecute.** The government shall serve and file any opposition or cross-motion within thirty days of service of Ms. Lagutaris's motion (on or before October 6, 2016). Ms. Lagutaris may then serve and file a reply within fourteen days of service of the government's opposition or cross-motion (on or before October 20, 2016).

If needed, Ms. Lagutaris may seek information from the Legal Help Desk, a free service offered by the Justice & Diversity Center of the Bar Association of San Francisco. Help Desks are

---

[1] If Ms. Lagutaris did not receive the voice message from the Court regarding her missed deadline, she should contact Tracy Kasamoto, Courtroom Deputy, at (415) 522-2028, to ensure that the Court has the correct contact information for Ms. Lagutaris.

located at the San Francisco and Oakland Courthouses and assistance is available by appointment. The San Francisco Help Desk is located at 450 Golden Gate Ave., 15th Floor, Room 2796 San Francisco, CA 94102.  The Oakland Help Desk is located at 1301 Clay Street, 4th Floor, Room 470S Oakland, CA 94612.  To make an appointment, call: (415)782-8982.  *See also* http://cand.uscourts.gov/helpcentersf.

**IT IS SO ORDERED**.

Dated:  August 16, 2016

_____
SUSAN ILLSTON
United States District Judge