UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH LAGUTARIS,<br><br>            Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No. 16-cv-00301-SI<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

Plaintiff Deborah Lagutaris, appearing pro se, filed this action on January 19, 2016. Docket No. 1. Defendant filed an answer and a notice that the administrative record was filed in paper and electronic form on July 6, 2016. Docket Nos. 14, 16. Ms. Lagutaris was required to file a motion for summary judgment or remand by August 5, 2016. Docket No. 13. Ms. Lagutaris did not file a motion by that deadline, and the Court issued an order with a new deadline, ordering that that she file a motion for summary judgment or for remand by September 6, 2016. Docket No. 17. As of the date of this Order, no motion has been filed, nor has plaintiff contacted the Court to request additional time to file.

**Plaintiff is DIRECTED TO SHOW CAUSE on or before September 30, 2016 why this case should not be dismissed for failure to prosecute. Plaintiff may do so by filing a motion for summary judgment or remand no later than September 30, 2016. If plaintiff does not file a motion by this date, or otherwise receive permission of the Court, the Court will dismiss this appeal without prejudice for failure to prosecute without further notice.**

**IT IS SO ORDERED**.

Dated: September 9, 2016

_____
SUSAN ILLSTON
United States District Judge