United States District Court
Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6

7    DEBORAH LAGUTARIS,                          Case No.  16-cv-00301-SI

           Plaintiff,
8
9          v.                                    **DISMISSAL WITHOUT PREJUDICE
                                                 FOR FAILURE TO PROSECUTE**
10   COMMISSIONER OF SOCIAL
     SECURITY,
11
           Defendant.

12

13         On August 16, 2016, the Court issued an Order for plaintiff Deborah Lagutaris to file a

14   motion for summary judgment or for remand.  Dkt. No. 17.  The Order set a deadline of

15   September 6, 2016, and advised Ms. Lagutaris that if she did not meet the deadline her case may

16   be dismissed for failure to prosecute.  *Id.* at 1.  On September 9, 2016, the Court issued an Order

17   to show cause why this matter should not be dismissed without prejudice for failure to prosecute,

18   by filing a motion for summary judgment or remand no later than September 30, 2016.  Dkt. No.

19   18.  Ms. Lagutaris was again advised that if she failed to do so, the Court would dismiss this

20   Social Security appeal without prejudice for failure to prosecute.  *Id*.

21         Ms. Lagutaris has filed nothing since issuance of the Order to Show Cause, nor has she

22   contacted the Court to request additional time to file.  Accordingly, this action is DISMISSED

23   without prejudice for failure to prosecute.  All calendared dates and deadlines are VACATED.

24   The Clerk shall close the file.

25         **IT IS SO ORDERED**.

26   Dated:   October 12, 2016

27                                               _____
                                                 SUSAN ILLSTON
28                                               United States District Judge