UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBORAH LAGUTARIS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 16-cv-00301-SI

**JUDGMENT**

This action was dismissed without prejudice for failure to prosecute. Dkt. No. 19. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: October 12, 2016

_____
SUSAN ILLSTON
United States District Judge